# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **LUIS ANTONIO IRIZARRY-ALBINO [7]**, <br><br> Defendant. | **CRIMINAL CASE NO:** 22-00409 (SEC) |

## DEFENDANT'S MOTION FOR A CHANGE OF PLEA

**COMES NOW** the defendant, Luis Antonio Irizarry-Albino, through his undersigned counsel, and files this motion notifying the Honorable Court that he has reached a plea agreement with the government, and that he requests that his case be set for a Change of Plea Hearing.

WHEREFORE, the defendant respectfully requests that the Honorable Court set his case for a Change of Plea Hearing.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico on this 14th day of August, 2023.

**DMRA Law LLC**
**Counsel for Defendant Luis Antonio Irizarry-Albino**
Capital Center Building
239 Arterial Hostos
South Tower, Suite 1101
San Juan, PR 00918

s/*Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
m.dominguez@dmrpr.com