### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>v.<br><br>**LUIS A. IRIZARRY-ALBINO [7],**<br>    Defendant. | **CRIMINAL NO.  22-00409 (SCC)** |

### MOTION REQUESTING BRIEF CONTINUANCE OF
### DEFENDANT'S CHANGE OF PLEA HEARING

**COMES NOW** the defendant, Luis Irizarry Albino, and files this motion requesting that his Change of Plea hearing scheduled for September 1, 2023, at 9:00 a.m. be continued.  In support of this request the defendant respectfully states as follows:

1. A Change of Plea hearing is scheduled for Friday, September 1, 2023, at 9:00 a.m. before the Honorable Court. (D.E. 338)

2. Undersigned counsel is to travel internationally on September 1, 2023.  However, counsel is available to attend a Change of Plea hearing as may be convenient for the Court during the week of September 5, 2023.

**WHEREFORE**, Defendant, Luis Irizarry Albino, respectfully requests that the Honorable Court grant this motion and reschedule his Change of Plea hearing for the week of September 5, 2023.

   **RESPECTFULLY SUBMITTED**.

   **WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

1

In San Juan, Puerto Rico on this 24th day of August 2023.

    *s/Maria A. Dominguez*
    Maria A. Dominguez USDC-PR No. 210908
    Capital Center Building
    239 Arterial Hostos
    Suite 1101
    San Juan, PR 00918
    Tel. 787-331-9970
    maria.dominguez@dmralaw.com